**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRENDA G. BECKER, )<br>)<br>Defendant. )<br>) | Case No. 10-40077-02-JAR |

## ORDER

Before the Court is defendant's Motion for Extension of Time to File Pretrial Motions and for Continuance of the Trial Setting (Doc. 44). This case was previously assigned to the Honorable Sam Crow and his most recent scheduling order provided for a motions hearing on December 21, 2010 and trial to commence on January 5, 2011. The trial is expected to take 1½ to 2 weeks. Defendant requests an extension of time to file pretrial motions for 90 days, up to and including March 8, 2011 and a trial date no earlier than April 2011. Defendant argues that the extension is justified on the following grounds: (1) prior to filing pretrial motions, counsel must secure appointment under the CJA, which is the subject of another pending motion; (2) prior to filing pretrial motions, the government's motion to disqualify must be decided; (3) this is a complex case, both factually and legally, as it demands review of the record of numerous hearings in 09-40008 and is closely intertwined with third party claims in the forfeiture pending against her husband, Scott Becker; and (4) the case presents "novel theories of criminal liability that will be the subject to challenge in pretrial motions."

The Court finds that this is a complex case, as described in 18 U.S.C. § 3161(h)(7)(ii) for the reasons identified by defendant. For these reasons, as well as the fact that this case was just recently reassigned to the undersigned, the Court finds that the ends of justice served by continuing the jury trial in this case until June 14, 2011 outweighs the best interest of the public and the defendants in a speedy trial. The period of time between the date of this Order and June 14, 2011 shall be excluded in computing the time within which the trial in this matter must commence.

**IT IS THEREFORE ORDERED BY THE COURT** that the defendant's Motion for Extension of Time to File Pretrial Motions and for Continuance of the Trial Setting (Doc. 44) is granted. Trial is set for June 14, 2011 at 9:00 a.m. Pretrial motions are due March 8, 2011; the government's response is due March 15, 2011. A pretrial motions hearing is set for March 21, 2011 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: January 11, 2011

 S/ Julie A. Robinson  
JULIE A. ROBINSON  
UNITED STATES DISTRICT JUDGE